IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS O. BASTIAN

    **Plaintiff,**

v.                                                                                       Civ. No. 21-350 WJ/JFR

HEATHER JARAMILLO et al.,

    **Defendants.**

### MEMORANDUM OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on United States Magistrate Judge John F. Robbenhaar's Proposed Findings and Recommended Disposition ("PFRD"), filed June 21, 2023 (Doc. 55), recommending that the Court deny Plaintiff's *Motion Requesting Leave to Joinder Joinder [sic] Additional Plaintiff* ("Motion") (Doc. 21). Objections to the PFRD were due by no later than July 5, 2023, with three additional days permitted for mailing. *See* Doc. 55. Plaintiff has not filed any objections, and the deadline has expired. The failure to make timely objections to the Magistrate Judge's PFRD waives appellate review of both factual and legal questions. *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's PFRD (Doc. 55) is **ADOPTED.** Plaintiff's Motion is thereby **DENIED.**

 

_____
**WILLIAM P. JOHNSON**
CHIEF UNITED STATES DISTRICT JUDGE