IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS O. BASTIAN,

    Plaintiff,

v.                                                      1:21-cv-00350-WJ-JFR

HEATHER JARAMILLO et al.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Magistrate Judge John F. Robbenhaar filed his Proposed Findings and Recommended Disposition ("PFRD") on April 8, 2024, regarding Defendants' *Motion to Dismiss, or in the Alternative Motion for Summary Judgment, and Motion for Summary Judgment or Dismissal on the Grounds of Qualified Immunity* ("Motion") (Doc. 35).  Doc. 89.  The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review.  *Id*. at 31.  To date, the parties have not filed any objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 89) are ADOPTED;

2.    Defendants' Motion for Summary Judgment is GRANTED; and

3.    The Court will enter separately a final judgment pursuant to Rule 58.

                                                          /s/
                                            **WILLIAM P. JOHNSON**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**